BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
MICHAEL D. ANDERSON
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $538,155.00 SEIZED FROM ING DIRECT CHECKING ACCOUNT # 156773818,<br><br>2011 FERRARI CALIFORNIA CONVERTIBLE, VIN: ZFF65 LJA0B 01766 22, NEW JERSEY LICENSE PLATE: NOTOUCH,<br><br>2011 AUDI A5 CONVERTIBLE, VIN: WAULFAFH9BN009524, NEW JERSEY LICENSE PLATE: W98ARP,<br><br>2013 BLUE PORSCHE PANAMERA, VIN: WPOAB2A71DL060573, NEW JERSEY LICENSE PLATE: 2012ROJ, and<br><br>APPROXIMATELY $10,002.00 IN U.S. CURRENCY,<br><br>        Defendants. | 2:14-CV-01048-JAM-AC<br><br>FINAL JUDGMENT OF FORFEITURE |

        Pursuant to the Request for Final Judgment of Forfeiture filed herein, the Court finds:

        1.    This is a civil forfeiture action against defendants Approximately $538,155.00 seized from ING Direct Checking Account # 156773818; 2011 Ferrari California

1

Convertible, VIN: ZFF65 LJA0B 01766 22, New Jersey License Plate: NOTOUCH; 2011 Audi A5 Convertible, VIN: WAULFAFH9BN009524, New Jersey License Plate: W98ARP; 2013 Blue Porsche Panamera, VIN: WPOAB2A71DL060573, New Jersey License Plate: 2012ROJ; and Approximately $10,002.00 in U.S. Currency (collectively, "defendant properties") seized on or about May 23, 2013.

2. The United States and potential claimant Alex Goldman entered into several Stipulations and Orders extending the United States' time to file a complaint in Case No. 2:13-MC-00071-TLN-DAD. The last Order was entered on or about March 21, 2014, and it extended the time to file the complaint to May 21, 2014.

3. A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on April 28, 2014, alleging that said defendant properties are subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(C).

4. On April 29, 2014, the Clerk issued a Warrant for Arrest for the defendant properties, and that warrant was duly executed on May 1 and 2, 2014.

5. Beginning on May 7, 2014, for at least thirty consecutive days, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov. A Declaration of Publication was filed on June 26, 2014.

6. On April 8 and 9, 2014 pursuant to a Stipulation for Final Judgment of Forfeiture and/or Consent Judgment of Forfeiture, potential claimants Alex Goldman, Marni Goldman, Mark Goldman, and Laura Goldman agreed to forfeit all of their right, title, and interest in the defendant properties, plus any accrued interest, to the United States pursuant to 18 U.S.C. § 981(a)(1)(A) and (C), to be disposed of according to law. That Stipulation is attached and incorporated as Exhibit A to the Request for Final Judgment of Forfeiture filed herein.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

1.   That judgment is hereby entered against potential claimants Alex Goldman, Marni Goldman, Mark Goldman, and Laura Goldman and all other potential claimants who have not filed claims in this action.

2.   All right, title, and interest of Alex Goldman, Marni Goldman, Mark Goldman, and Laura Goldman in the following defendant properties, plus any accrued interest, shall be forfeited to the United States pursuant to 18 U.S.C. § 981(a)(1)(C), to be disposed of according to law:

    a.   Approximately $538,155.00 seized from ING Direct checking account # 156773818,

    b.   2011 Ferrari California Convertible, VIN: ZFF65 LJA0B 01766 22, New Jersey License Plate: NOTOUCH,

    c.   2011 Audi A5 Convertible, VIN: WAULFAFH9BN009524, New Jersey License Plate: W98ARP,

    d.   2013 Blue Porsche Panamera, VIN: WPOAB2A71DL060573, New Jersey License Plate: 2012ROJ, and

    e.   Approximately $10,002.00 in U.S. Currency.

3.   That the United States and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure, arrest, or forfeiture of the defendant properties. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure, arrest, or forfeiture, as well as to those now known or disclosed. The potential claimants waived the provisions of California Civil Code § 1542.

4.   All parties are to bear their own costs and attorneys' fees.

SO ORDERED THIS 11th day of August, 2014.

/s/ John A. Mendez  
JOHN A. MENDEZ  
United States District Court Judge

Final Judgment of Forfeiture